**Moises NAVARRO–SOQUI, aka Moises Navarro aka Jose Manuel Cota, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 04–76126.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 2, 2008.*

Filed Sept. 13, 2010.

Mario Acosta, Jr., Esquire, Martinez Goldsby & Associates, Elsa Ines Martinez, Esquire, Law Offices of Elsa Martinez, PLC, Los Angeles, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, Aviva Poczter, Senior Litigation Counsel, Patricia Ann Smith, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

Before: PREGERSON, HALL, and N.R. SMITH, Circuit Judges.

## ORDER

Petitioner's petition for rehearing is hereby GRANTED. The memorandum disposition and dissent filed on January 20, 2010, are hereby withdrawn. The new memorandum disposition submitted concurrently with this order shall be filed.

## MEMORANDUM **

An immigration judge found Moises Navarro–Soqui ("Navarro–Soqui") removable as an aggravated felon due to his conviction under Cal.Penal Code § 288(c)(1) and ordered him removed to Mexico. The Board of Immigration Appeals ("BIA") affirmed the immigration judge and dismissed Navarro–Soqui's appeal. Navarro–Soqui petitions this court for review. This Court has jurisdiction pursuant to 8 U.S.C. § 1252, and we grant the petition.

In determining whether a state criminal conviction constitutes an aggravated felony under federal law, this court applies the categorical approach set out in *Taylor v. United States,* 495 U.S. 575, 599–602, 110 S.Ct. 2143, 109 L.Ed.2d 607 (1990). We recently held that Cal.Penal Code § 288(c)(1) is not a categorical match with the generic crime of sexual abuse of a minor. *United States v. Castro,* 607 F.3d 566 (9th Cir.2010). Accordingly, Navarro–Soqui's conviction under this statute is not an aggravated felony under 8 U.S.C. § 1101(a)(43), and he is not removable under 8 U.S.C. § 1227(a)(2)(A)(iii).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We **GRANT** the petition for review and **REMAND** to the BIA for further proceedings.